Mahadhi Corzano, Esq. (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, JUDY HALLER

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JUDY HALLER, | Case No.: 2:10-cv-08474-CAS -FMO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR APPLICATION OF DEFAULT JUDGMENT** |
| v. | |
| EQUITABLE RECOVERY SOLUTIONS, INC., | |
| Defendant. | |

The matter coming to be heard on Plaintiff's Motion for Application of Default Judgment, and supporting documentation thereto, this Court hereby GRANTS Plaintiff's Motion.

Accordingly, Judgment is hereby entered against Defendant in the amount of $7,631.00, itemized as: $2,000.00 in statutory damages to Plaintiff pursuant to the FDCPA, *15 U.S.C. 1692k(a)(2)A)* and the Rosenthal Act, *Cal. Civ. Code*

*///*

*///*

*///*

- 1 -

[PROPOSED] ORDER

1 | *§1788.30(b)*; $4,721.00 in attorneys' fees; $410.00 in filing and service fees; and

2 | $500.00 in anticipated collection costs pursuant to 15 U.S.C. § 1692(k)(a)(3).

3

4 | **IT IS SO ORDERD.**

5 | DATED: June 29, 2011      By: /s/ Christina A. Snyder
                              UNITED STATES DISTRICT JUDGE
6 |                           Hon. Christina A. Snyder